**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| GERRY DIAZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-12-3626 |
| | § | |
| WELLS FARGO BANK, N.A.,, | § | |
| | § | |
| Defendant. | § | |

**ORDER**

The parties have filed an agreed motion for a protective order.  (Docket Entry No. 11).

Paragraph 8A on page 6 of the proposed order must be revised to reflect that under the case law, a

higher good-cause showing is required to file documents under seal with the court than to designate

them as confidential when they are exchanged in discovery.  The paragraph must be revised to state

that when documents designated as confidential are filed with the court, they may initially be filed

under seal but will not be maintained under seal unless the party designating them as confidential

files a motion to do so.  Such a motion must be filed 7 days after the filing, must show good cause

for sealing the documents, and must state whether the opposing party contests filing the documents

under seal.  The reference to the District Court of Dallas County, Texas should be deleted.  The

parties may file a revised agreed protective order no later than **March 21, 2012**.

SIGNED on March 7, 2013, at Houston, Texas.

Lee H. Rosenthal
United States District Judge