IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GERRY DIAZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-12-3626 |
| | § | |
| WELLS FARGO BANK, N.A., | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

The court received the parties' joint stipulation of dismissal. Based on the stipulation, the court dismisses the case with prejudice, with each party to bears its own costs and attorney's fees.

This is a final judgment.

SIGNED on August 22, 2014, at Houston, Texas.

Lee H. Rosenthal
United States District Judge